**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**DANCO LLC DBA NEWKS EXPRESS CAFÉ**
**AND INDY EATERY LLC DBA NEWKS CAFÉ**                    **PLAINTIFFS**

**v.**                                                                              **No. 3:20cv235-MPM-JMV**

**STATE AUTO PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                                **DEFENDANTS**

**ORDER LIFTING STAY**

This matter is before the court consistent with an order [34] entered on March 1, 2021, staying this case pending a ruling in a Fifth Circuit case, *Terry Black's Barbecue et al. v. State Automobile Mut. Ins. Co.*, No. 21-50078. The Defendant has filed the notice of issuance of the Fifth Circuit's mandate and opinion in the *Terry Black* case. Accordingly, the stay should be lifted, and this action may proceed.

**IT IS THEREFORE ORDERED** that the stay on the above-styled matter is hereby **LIFTED** and a case management conference will be set by further notice of the court.

**SO ORDERED**, this the 3rd day of March, 2022.

                                                                   /s/ Jane M. Virden
                                                                   **UNITED STATES MAGISTRATE JUDGE**