IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DANCO LLC DBA NEWKS EXPRESS CAFÉ AND**
**INDY EATERY LLC DBA NEWKS CAFÉ**                                               **PLAINTIFFS**

**v.**                                                                   No. 3:20cv235-MPM-JMV

**STATE AUTO PROPERTY AND**
**CASUALTY INSURANCE COMPANY**                                                     **DEFENDANT**

## JUDGMENT

For the reasons given in the court's order entered this date, it is hereby ordered and adjudged that this case is dismissed with prejudice.

This the 3rd day of May, 2022.

                                                /s/ Michael P. Mills
                                                UNITED STATES DISTRICT JUDGE
                                                NORTHERN DISTRICT OF MISSISSIPPI